UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-30810 |
|---|---|
| ROBERT HEARD | (Chapter 13) |
| CAROLYN L HEARD | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3976172**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 33 | HEILIG MEYERS MASTER TRUST<br>BOX 96070<br>CHARLOTTE, NC  28296 | 31.06 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/28/2009

|  |  |  |
|---|---|---|
|  | Certificate of Service | 06-30810 |

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| ROBERT HEARD | WAYNE P NOVICK | (33.1) |
| CAROLYN L HEARD | 2135 MIAMISBURG-CENTERVILLE RD | HEILIG MEYERS MASTER TRUST |
| 689 RANDOLPH STREET | CENTERVILLE, OH  45459 | BOX 96070 |
| DAYTON, OH  45408 |  | CHARLOTTE, NC  28296 |
| (33.3) | (73.1n) | (79.1n) |
| HEILIG MEYERS MASTER TRUST | PREMIER BANKCARD | SN SERVICING CORP |
| BANKRUPTCY DEPARTMENT | PREMIER CSI DEPT SDPR | 323 FIFTH ST |
| BOX 105127 | BOX 2208 | EUREKA, CA  95501 |
| ATLANTA, GA  30348 | VACAVILLE, CA  95696 |  |

        Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____  cs